IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

| | |
|---|---|
| BELLSOUTH MOBILITY, INC., ) | CASE NO. 00-6055-Civ- |
| ) | |
| Plaintiff, ) | Judge  Ferguson |
| ) | |
| v. ) | |
| ) | |
| MOBILEONE CELLULAR NETWORK, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SECOND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER

MobileOne Cellular Network, Inc. ("MobileOne") hereby requests pursuant to Federal Rule of Civil Procedure 6(b) a further extension of time within which to file its Answer to the Bellsouth Mobility, Inc.'s ("BellSouth"), Complaint and states as follows:

1. BellSouth commenced this action against MobileOne in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, by serving MobileOne with the Complaint and Summons on December 13, 1999.

2. MobileOne filed a Notice of Removal on January 12, 2000 removing the case from the Florida state court to this Court.

3. Pursuant to Federal Rule of Civil Procedure 81(c), MobileOne has five (5) days after filing the Notice of Removal within which to file an Answer to the Complaint. Thus, the deadline for MobileOne to file its Answer fell on January 18, 2000.

4. Counsel for MobileOne anticipated the need for additional time some time ago and, accordingly, requested from BellSouth's counsel an extension until February 3, 2000, in which to file an Answer.

1098619 v1; NJP701!.DOC

5. Counsel for BellSouth was able immediately to agree to an extension until January 24, 2000, and counsel stated that he would consult with his client regarding consent to an extension until February 3, 2000.

6. Because the deadline for filing the Answer fell before counsel were able to agree on the later date, the undersigned counsel for MobileOne deemed it prudent to file the initial Request for Extension on January 14, 2000, stating the parties' then current agreement to extend the time for answering until January 24, 2000.

7. Subsequently, BellSouth has consented to extend the time for MobileOne to file its Answer until February 3, 2000.

8. MobileOne reasonably anticipates that it will need the additional time to answer the Complaint.

9. Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part, the following:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order. . . .

10. When a request for enlargement of time is made within the expiration period, this Court has wide discretion to grant the request. *Orange Theatre Corp. v. Rayherstz Amusement Corp.*, 130 F.2d 185, 187 (C.C.A.N.J. 1942); *Choi v. Chemical Bank*, 939 F. Supp. 301, 309 (S.D.N.Y. 1996); 4A Charles A. Wright & Arthur R. Miller, *Federal Practice and Procedure* §1165, at 473 (2d ed. 1987).

11. That a party has obtained an informal extension of time within which to file a paper from opposing counsel constitutes a sufficient basis for granting a formal extension of time. *Home Ins. Co. v. Paige*, 255 F. Supp. 51, 54-55 (D.Md. 1966).

2

12. The parties have informally agreed to extend the time until February 3, 2000, and granting MobileOne's request for an extension of time to answer will not prejudice any party or unduly delay the proceedings.

WHEREFORE, the Defendant, MobileOne Cellular Network, Inc., respectfully requests that the Court grant an enlargement of time within which to file an answer until February 3, 2000.

Respectfully submitted,

ALAN E. GREENFIELD, P.A.
2600 Douglas Road, Suite 911
Coral Gables, FL 33134
305-442-1731

Attorneys for MobileOne Cellular
  Network, Inc.

By: _____
Alan E. Greenfield, Esq.
Bar No. 031559

Of Counsel:

Leon B. Kellner, Esq.  Bar No. 462179
Lewis J. Paper, Esq.
Edward E. Sharkey, Esq.
Jacob S. Farber, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

January 21, 2000

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2000, a copy of the foregoing Second Request for Extension of Time To File Answer and Proposed Order was delivered by first-class U.S. mail, postage prepaid to the following:

Richard G. Gordon, Esq.
Heinrich Gordon Hargrove Weihe & James, P.A.
Broward Financial Centre, Suite 1000
500 East Broward Boulevard
Ft. Lauderdale, FL 33394
Telephone (954) 527-2800

*Attorney for the Plaintiff, Bellsouth Mobility, Inc.*

_____
Alan E. Greenfield