

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BELLSOUTH MOBILITY, INC. | CASE NO. 00-6055-CIV-WDF |
| Plaintiff, | Judge Ferguson |
| v. | |
| MOBILEONE CELLULAR NETWORK, INC. | |
| Defendant. | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF LEWIS J. PAPER, LEON B. KELLNER, EDWARD E. SHARKEY, AND JACOB S. FARBER

Pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida, Defendant, MobileOne Cellular Network, Inc. by its undersigned attorney who is licensed to practice in Florida and admitted to practice before the United States District Court for the Southern District of Florida, hereby moves this Court for an Order admitting Lewis J. Paper, Leon B. Kellner, Edward E. Sharkey, and Jacob S. Farber *pro hac vice* to the United States District Court for the Southern District of Florida so that they may appear in this case to represent the Defendant. In support of this Motion, the undersigned attorney represents as follows:

1. Lewis J. Paper and Jacob S. Farber are members in good standing of the Bar of the District of Columbia. Leon B. Kellner is a member in good standing of the Bars of the District of Columbia and the State of Florida. Edward E. Sharkey is a member in good standing of the Bar of the State of Maryland.

2. Mr. Paper and Mr. Kellner are partners, and Mr. Sharkey and Mr. Farber are associates in the law firm of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street, N.W., Washington, D.C. 20037-1526, telephone (202) 785-9700.

Case No. 00-6055-Civ-Ferguson

3.  Alan E. Greenfield, Esq. of the law firm of Alan E. Greenfield, P.A., consents to act as local counsel in this matter and can be reached at the following address:

2600 Douglas Road – Suite 911
Coral Gables, FL 33134
(305) 442-1731

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting Lewis J. Paper, Leon B. Kellner, Edward E. Sharkey, and Jacob S. Farber to practice *pro hac vice* in the United States District Court for the Southern District of Florida for the purpose of representing Defendant, MobileOne Cellular Network, Inc., in this action.

Dated: January 24, 2000

Respectfully submitted,

By: Alan E. Greenfield
ALAN E. GREENFIELD, P.A.
2600 Douglas Road
Suite 911
Coral Gables, FL 33134
(305) 442-1731
305-789-3200

2

## CERTIFICATE OF REVIEW

I hereby certify that I have reviewed the Local Rules for The United States District Court for the Southern District of Florida.

_____
Lewis P. Paper, Esq.

_____
Leon B. Kellner, Esq.

_____
Edward E. Sharkey, Esq.

_____
Jacob S. Farber, Esq.

Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1426
(202) 785-9700

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2000, a copy of the foregoing Motion for Admission Pro Hac Vice of Lewis J. Paper, Leon B. Kellner, Edward E. Sharkey, and Jacob S. Farber was delivered by first-class U.S. mail, postage prepaid to the following:

Richard G. Gordon, Esq.
Heinrich Gordon Hargrove Weihe & James, P.A.
Broward Financial Centre, Suite 1000
500 East Broward Boulevard
Ft. Lauderdale, FL 33394
Telephone (954) 527-2800

*Attorney for the Plaintiffs, Bellsouth Mobility, Inc.*

_____
Alan E. Greenfield