IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 00-6055-CIV
Judge Ferguson

BELLSOUTH MOBILITY, INC., )
)
Plaintiff, )
)
v. )
)
MOBILEONE CELLULAR NETWORK, INC., )
)
Defendant. )
)

## REQUEST FOR HEARING

MobileOne Cellular Network, Inc. ("MobileOne"), acting pursuant to Local Rule 7.1.B, hereby requests a hearing regarding the Motion to Remand filed by BellSouth Mobility, Inc. ("BellSouth").

BellSouth has sued MobileOne to collect approximately $2 million unpaid charges allegedly due for interstate communication services that BellSouth provided to MobileOne. Contrary to BellSouth's contention, the underlying action is not a simple claim for breach of contract. The claim presents important federal questions of law concerning the construction and application of the Communications Act of 1934, as amended, 47 U.S.C. §151 *et seq.* In light of the importance of those federal questions, as well as the substantial amount at issue in the case, MobileOne believes it will be helpful to the Court's determination of the removal issue if the parties are granted an opportunity to be heard on the motion.

For the foregoing reasons, MobileOne respectfully requests a hearing on BellSouth's Motion to Remand.

Dated: February 10, 2000

Respectfully submitted,

ALAN E. GREENFIELD, P.A.
2600 Douglas Road, Suite 911
Coral Gables, FL 33134
305-442-1731

Attorneys for MobileOne Cellular
Network, Inc.

By: _____
Alan E. Greenfield, Esq.
Bar No. 031559

Of Counsel:

Leon B. Kellner, Esq. (Bar No. 462179)
Lewis J. Paper, Esq.
Edward E. Sharkey, Esq.
Jacob S. Farber, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2000, a copy of the foregoing Request for Hearing was provided to the following via first-class U.S. mail, postage prepaid:

Richard G. Gordon, Esq.
Heinrich Gordon Hargrove Weihe & James, P.A.
Broward Financial Centre, Suite 1000
500 East Broward Boulevard
Ft. Lauderdale, FL 33394
Telephone (954) 527-2800

*Attorney for the Plaintiff, BellSouth Mobility, Inc.*

_____
Alan E. Greenfield