UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.,

    Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.,

    Defendant.

_____/

MOBILEONE CELLULAR NETWORK, INC.,

    Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

    Counter-Defendant.

_____/

CASE NO.: 00-6055-CIV

JUDGE FERGUSON

## REPLY TO MOBILEONE'S AFFIRMATIVE DEFENSES

Plaintiff/Counter-Defendant, BELLSOUTH MOBILITY, INC. ("BELLSOUTH"), files this reply to Defendant/Counter-Plaintiff, MOBILEONE CELLULAR NETWORK, INC.'s ("MOBILEONE"), affirmative defenses and states:

    1.    Each and every affirmative defense of MOBILEONE is denied. Strict proof of each and every affirmative defense is demanded.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing was sent via First Class U.S. Mail to Alan E. Greenfield, P.A. at 2600, Douglas Road, Suite 911, Coral Gables, FL 33134 and Edward E. Sharkey, Esq. (Admission to U.S. District Court for the Southern District of Florida



pending) of Dickstein Shapiro Morin & Oshinsky LLP at 2101 L. Street, N.W., Washington, D.C. 20037 this 17th day of February 2000.

                              HEINRICH GORDON HARGROVE
                                WEIHE & JAMES, P.A.
                              Attorneys for BELLSOUTH MOBILITY, INC.
                              Broward Financial Centre, Suite 1000
                              500 East Broward Boulevard
                              Fort Lauderdale, FL 33394
                              Telephone: (954) 527-2800
                              Fax: (954) 524-9481

By: _____
                              RICHARD G. GORDON
                              Florida Bar No. 030366
                              CLIFFORD A WOLFF
                              Florida Bar No. 076252

80884\026\Pleadings-Misc\reply-aff-def.doc