UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.,

     Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.,

     Defendant.

_____/

MOBILEONE CELLULAR NETWORK, INC.,

     Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

     Counter-Defendant.

_____/

CASE NO.: 00-6055-CIV

JUDGE FERGUSON

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH REQUIREMENTS OF LOCAL RULE 16.1

Plaintiff/Counter-Defendant, BELLSOUTH MOBILITY, INC. ("BELLSOUTH"), and

Defendant/Counter-Plaintiff, MOBILEONE CELLULAR NETWORK, INC. ("MOBILEONE"),

by and through undersigned counsel and pursuant to Local Rule 7.1 A.1.(j) file this joint motion

for extension of time to comply with requirements of Local Rule 16.1 and state:

    1.    BELLSOUTH filed a state court complaint against MOBILEONE alleging claims

of breach of contract (Count I), open account (Count II), account stated (Count III) and unjust

enrichment (Count IV).



2.      MOBILEONE removed the matter to this court, answered the complaint and filed a counterclaim against BELLSOUTH alleging violations of the Telecommunications Act of 1996 (Counts I and II), the Sherman Act (Count III), breach of contract (Count IV), Florida Statute §542.19 (Count V), interference with a prospective business relationship (Count VI), and promissory estoppel (Count VI).

3.      BELLSOUTH filed a motion for remand with supporting memorandum of law. MOBILEONE opposes the motion.  The motion has been fully briefed and a decision is pending. Should this court remand the matter to state court, complying with the requirements of Local Rule 16.1 would be an unnecessary exhaustion of private and judicial resources.

4.      As such, the parties request this court to extend the deadline to comply with the requirements of Local Rule 16.1, including the filing of a joint status report, until such time that the court enters an order on BELLSOUTH's motion for remand.  Notwithstanding this request, counsel for the parties are prepared to attend the status conference set by this court's order dated January 31, 2000 to argue any pending motions and to advise the court of any novel issues raised by this litigation.

5.      Counsel for BELLSOUTH has conferred with counsel for MOBILEONE as to the nature, content and purpose of this motion.  Counsel for MOBILEONE agrees with its nature, content and purpose and has authorized counsel for BELLSOUTH to sign this motion on behalf of both parties.

WHEREFORE, BELLSOUTH and MOBILEONE request an order granting this motion and extending the deadline to comply with the requirements of Local Rule 16.1.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing was sent via First Class U.S. Mail to Alan E. Greenfield, P.A. at 2600, Douglas Road, Suite 911, Coral Gables, FL 33134 and Edward E. Sharkey, Esq. (Admission to U.S. District Court for the Southern District of Florida pending) of Dickstein Shapiro Morin & Oshinsky LLP at 2101 L. Street, N.W., Washington, D.C. 20037 this 23rd day of February, 2000.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
Attorneys for BELLSOUTH MOBILITY, INC.
Broward Financial Centre, Suite 1000
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 527-2800
Fax: (954) 524-9481

By:_____
RICHARD G. GORDON
Florida Bar No. 030366
CLIFFORD A WOLFF
Florida Bar No. 076252

80884\026\Pleadings-Misc\m-ext-16-1.doc

3