BELLSOUTH MOBILITY, INC.,

      Plaintiff,

vs.

MOBILEONE CELLULAR NETWORK, INC.,

      Defendant.

_____/

MOBILEONE CELLULAR NETWORK, INC.,

      Counter-Plaintiff,

vs.

BELLSOUTH MOBILITY, INC.,

      Counter-Defendant,

_____/

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF FLORIDA - Ft. Lauderdale Division

CASE NO.  00-6055 - CIV ~ ιℓ᾽𝒟ℱ

## <u>NOTICE OF NON-AVAILABILITY</u>

    ALAN E. GREENFIELD, Esq., as attorney for the defendant/Counter-Plaintiff,

Mobileone Cellular Network, Inc., states that he will be unavailable and on vacation during the

period commencing **March 12, 2000 until March 25, 2000**, and respectfully requests that no

hearings, motions, notices to produce, interrogatories, depositions or other pleadings be filed

which require a timely response during this period or shortly thereafter and that all pending

matters remain in status quo during this time frame.

    The filing and service of this Notice shall constitute an application and request for

continuance, extension of time and/or protective order as appropriately required for the above

reasons.

    I HEREBY CERTIFY that a true copy has been mailed to the Richard G. Gordon, Esq.,



Case No. 00-6055-CIV

Judge Ferguson

Heinrich Gordon Hargrove Weihe & James, P.A., Broward Financial Centre, Suite 1000, 500

East Broward Boulevard, Ft. Lauderdale, FL 33394 and Edward E. Sharkey, Esq., Dickstein

Shapiro Morin & Oshinsky LLP, 2101 L. Street, NW, Washington, D.C. 20037 on this 29th day

of February, 2000.

ALAN E. GREEN FIELD, Esq.
FBN. 031559
Attorney for Defendant/Counter-Plaintiff
2600 Douglas Road, Suite 911
Coral Gables, FL 33134
Phone: (305) 442-1731
Fax: (305) 443-9716