# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. **00-6055**                               Date: **3/6/00**
2. Style **Bell South v. Mobile One Cellular Network**
3. Plaintiff's Counsel: **R. Gordon, J. Hargrove**
4. Defendant's Counsel: **A. Greenfield, E. Sharkey, L. Paper**
5. Type of Proceeding: **Status Conf. / Hearing on Mot. to Remand**
6. Result of hearing:        Motion Granted ☐        Motion Denied ☐
7. Case Continued to: _____   Trial Set for _____
8. Does the case require mediation? _____

Notes: Discussion on pending motions. Argument on motion to remand. Plaintiff argues that defendants removed on basis of fed. quest. jurisdiction. Plaintiff alleges that complaint does not state a federal claim. Defendant argues that actions to recover unpaid fees governed solely by federal law. Plaintiff may file supplemental authority and Defendants may reply. Order will follow. (w/in 5 days)

T.P. Oct 23, 00
Disc. by Aug 14, 00

Law Clerk:           Derek Lewis
Courtroom Deputy:    Troy Walker
Courtroom Reporter:  Paul Haferling