UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.,

      Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.,

      Defendant.

_____/

CASE NO.: 00-6055-CIV

JUDGE FERGUSON

MOBILEONE CELLULAR NETWORK, INC.,

      Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

      Counter-Defendant.

_____/



### NOTICE OF APPOINTING MEDIATOR

Pursuant to this Court's Order dated March 31, 2000 the parties, BELLSOUTH MOBILITY, INC. and  MOBILEONE CELLULAR NETWORK, INC., hereby file notice that they have appointed a mediator.  The mediator shall be Glenn J. Waldman, Esq., One Financial Plaza, Ste. 1500, Fort Lauderdale, Florida 33394, telephone number (954) 467-8600.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing was sent via First Class U.S. Mail to Alan E. Greenfield, P.A. at 2600, Douglas Road, Suite 911, Coral Gables, FL 33134 and Edward E. Sharkey, Esq. (Admission to U.S. District Court for the Southern District of Florida

pending) of Dickstein Shapiro Morin & Oshinsky LLP at 2101 L. Street, N.W., Washington,

D.C. 20037 this 17th day of April, 2000.

HEINRICH GORDON HARGROVE
 WEIHE & JAMES, P.A.
Attorneys for BELLSOUTH MOBILITY, INC.
Broward Financial Centre, Suite 1000
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 527-2800
Fax: (954) 524-9481

By: _____
        RICHARD G. GORDON
        Florida Bar No. 030366
        CLIFFORD A WOLFF
        Florida Bar No. 076252

80884\026\Pleadings-Misc\Notice of Appointing Mediator.doc