FILING FEE
D 519261
Forma $75.00 5/4/00
uperis
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 00-6055-CIV
Judge Ferguson

| | |
|---|---|
| BELLSOUTH MOBILITY, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| MOBILEONE CELLULAR NETWORK, INC. | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES W. SABER

Pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida, Defendant, MobileOne Cellular Network, Inc. by its undersigned attorney who is licensed to practice in Florida and admitted to practice before the United States District Court for the Southern District of Florida, hereby moves this Court for an Order admitting Charles W. Saber *pro hac vice* to the United States District Court for the Southern District of Florida so that he may appear in this case to represent the Defendant. In support of this Motion, the undersigned attorney represents as follows:

1. Charles W. Saber is a member in good standing of the Bar of the District of Columbia and admitted to practice before the U. S. District Court for the District of Columbia, U. S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the D.C. Circuit, and the U.S. Supreme Court.

1137230 v1 _DH001!.DOC

2. Mr. Saber is a partner in the law firm of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street, N.W., Washington, D.C. 20037-1526, telephone (202) 785-9700.

3. Alan E. Greenfield, Esq. of the law firm of Alan E. Greenfield, P.A., consents to act as local counsel in this matter and can be reached at the following address:

2600 Douglas Road – Suite 911
Coral Gables, FL 33134
(305) 442-1731

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting Charles W. Saber to practice *pro hac vice* in the United States District Court for the Southern District of Florida for the purpose of representing Defendant, MobileOne Cellular Network, Inc., in this action.

Dated: April 27, 2000

Respectfully submitted,

ALAN E. GREENFIELD, P.A.
2600 Douglas Road, Suite 911
Coral Gables, FL 33134
305-442-1731

Attorney for MobileOne Cellular Network, Inc.

By: _____
Alan E. Greenfield, Esq.
Bar No. 031559

Of Counsel:
Leon B. Kellner, Esq. (Bar No. 462179)
Lewis J. Paper, Esq.
Edward E. Sharkey, Esq.
Jacob S. Farber, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037
(202) 785-9700

2

## CERTIFICATE OF REVIEW

I hereby certify that I have reviewed the Local Rules for The United States District Court for the Southern District of Florida.

*[signature]*

Charles W. Saber, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1426
(202) 785-9700

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2000, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Charles W. Saber was delivered by first-class U.S. mail, postage prepaid to the following:

Richard G. Gordon, Esq.
Clifford A. Wolffe, Esq.
Heinrich Gordon Hargrove Weihe & James, P.A.
Broward Financial Centre, Suite 1000
500 East Broward Boulevard
Ft. Lauderdale, FL  33394

*Attorneys for the Plaintiffs, Bellsouth Mobility, Inc.*

_____
Alan E. Greenfield