UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.,

    Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.,

    Defendant.
_____/

MOBILEONE CELLULAR NETWORK, INC.,

    Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

    Counter-Defendant.
_____/

CASE NO.: 00-6055-CIV

JUDGE FERGUSON

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.1 A.(j), Plaintiff, BELLSOUTH MOBILITY, INC. ("BELLSOUTH"), moves for entry of an order extending the time to respond to Defendant, MOBILEONE CELLULAR, INC.'s ("MOBILEONE"), initial discovery. In support of this motion, BELLSOUTH states:

1. On April 24, 2000, MOBILEONE served BELLSOUTH with initial interrogatories and requests for production. Responses to the discovery are due on May 26, 2000. Because of the voluminous documents at issue and the necessity to review, organize and Bate stamp the documents, a brief extension of time is needed to respond to MOBILEONE's request for production.

2. MOBILEONE's interrogatories relate to the very documents under review pursuant to the request for production. Thus, BELLSOUTH necessarily requests an extension of time to serve responses to MOBILEONE's interrogatories. It is believed that BELLSOUTH can respond to MOBILEONE's initial discovery within the next 20 days.

3. Pursuant to Local Rule 26.1 I., Michelle Masesn, a paralegal for the law firm for BELLSOUTH, has conferred with a paralegal for counsel for MOBILEONE, and undersigned counsel attempted to discuss this Motion with counsel for MOBILEONE by telephone, but was only able to contact counsel for MOBILEONE (Mr. Sharkey), by voice mail. Ms. Masen has advised undersigned counsel that counsel for MOBILEONE has indicated to his paralegal that the matter may be resolved by agreement, but he has not received authority to provide such an agreement as of this date.

WHEREFORE, BELLSOUTH respectfully requests the entry of an order extending the time to respond to MOBILEONE's initial discovery by 20 days.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing was sent via First Class U.S. Mail to Alan E. Greenfield, P.A. at 2600, Douglas Road, Suite 911, Coral Gables, FL 33134 and Leon B. Kellner, Esq. of Dickstein Shapiro Morin & Oshinsky LLP at 2101 L. Street, N.W.,

Washington, D.C. 20037 and Edward E. Sharkey, Esq., Dickstein Shapiro Morin & Oshinsky LLP, 2101 L. Street, N.W., Washington, D.C. 20037 this 25th day of May, 2000.

       HEINRICH GORDON HARGROVE
       WEIHE & JAMES, P.A.
       Attorneys for BELLSOUTH MOBILITY, INC.
       Broward Financial Centre, Suite 1000
       500 East Broward Boulevard
       Fort Lauderdale, FL 33394
       Telephone: (954) 527-2800; fax: (954) 524-9481

     By: _____
       RICHARD G. GORDON
       Florida Bar No. 030366
       BRUCE A. WEIHE
       Florida Bar No. 139797
       CLIFFORD A. WOLFF
       Florida Bar No. 076252

G:\LAW\80884\026\Pleadings-Misc\m-ext of time 02.doc