IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 00-6055-CIV
Judge Ferguson



FILED by ad   D.C.

JUL 1 4 2000

BELLSOUTH MOBILITY, INC., )
)
Plaintiff, )
)
v. )
)
MOBILEONE CELLULAR NETWORK, INC., )
)
Defendant. )
_____ )

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify Scheduling Order filed by the parties, it is this 14TH day of July, 2000, ORDERED that the Joint Motion hereby is GRANTED; and it is further ORDERED, that the Scheduling Order entered by this Court on March 21, 2000 is modified by continuing all deadlines for a period of three months. In addition, the Court will add a new deadline for BellSouth, as Counter-Defendant, to designate expert witnesses in defense to MobileOne's Counterclaim.

Specifically, the deadlines established in the Scheduling Order are modified as follows:

- October 3, 2000 – MobileOne's expert witnesses shall be identified;

- October 17, 2000 – BellSouth's expert witnesses in defense to MobileOne's Counterclaim shall be identified.

- October 17, 2000 – exchange of witness lists;

- November 14, 2000 – all discovery must be completed;



- November 23, 2000 – mediation deadline;
- November 28, 2000 – all pretrial motions due;
- December 11, 2000 – joint pretrial stipulation due;
- December 18, 2000 – pretrial conference at 4:15 pm;
- January 15, 2001 – calendar call at 4:15 pm;
- January 23, 2001 – two-week trial period.

All other terms of the Scheduling Order remain in effect.

_____
Judge, United States District Court
for the Southern District of Florida,
Ft. Lauderdale Division

cc:

Lewis J. Paper
Charles W. Saber
Edward E. Sharkey
2101 L Street, N.W.
Washington, D.C. 20037

Bruce Weihe
Broward Financial Centre
500 East Broward Blvd., Suite 1000
Ft. Lauderdale, FL 33394

2