IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

BELLSOUTH MOBILITY, INC.           )   CASE NO. 00 - 6055-Civ
                                   )
        Plaintiff,                 )   Judge _____
                                   )
v.                                 )
                                   )
MOBILEONE CELLULAR NETWORK, INC.   )
                                   )              1 2000
        Defendant.                 )
_____)

## ORDER

Upon consideration of Defendant MobileOne Cellular Network, Inc.'s Motion for Admission *Pro Hac Vice* of Lewis J. Paper, Leon B. Kellner, Edward F. Sharkey, and Jacob S. Farber, the motion is hereby GRANTED on the ___ day of _____, 2000.

_____
Judge, United States District Court for the Southern District of Florida