**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

BELLSOUTH MOBILITY, INC.,     Case No.00-6055-CIV-FERGUSON

    Plaintiff,

vs.

MOBILEONE CELLULAR NETWORK, INC.,

    Defendant.

_____/

### AMENDED ORDER MODIFYING SCHEDULING ORDER

**PLEASE TAKE NOTICE** that the prior scheduling order is modified as follows:

**December 26, 2000**   Pretrial Conference at 4:15 p.m.

**January 22, 2001**    Calendar Call at 4:15 p.m.

**January 29, 2001**    Two Week Trial Period.

All other terms of the Scheduling Order remain in effect.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 21st day of August, 2000.

                                                      WILKIE D. FERGUSON, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies provided:
Edward E. Sharkey, Esq.
Bruce Weihe, Esq.