IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 00-6055-CIV
Judge Ferguson

BELLSOUTH MOBILITY, INC.

    Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.

    Defendant.

SEP. 1 2000

## ORDER

Upon consideration of Defendant MobileOne Cellular Network, Inc.'s Motion for Admission *Pro Hac Vice* of Charles W. Saber, the motion is hereby GRANTED on the 31st day of August, 2000.

Honorable Wilkie D. Ferguson, Jr.

cc:

Edward E. Sharkey, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037

Richard G. Gordon, Esq.
Clifford A. Wolffe, Esq.
Heinrich Gordon Hargrove Weihe
  & James, P.A.
Broward Financial Centre, Suite 1000
500 East Broward Blvd.
Ft. Lauderdale, FL 33394