


IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 00-6055-CIV
Judge Ferguson

SEP 7 2000

BELLSOUTH MOBILITY, INC.

    Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.

    Defendant.



## MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES W. SABER

Pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida, Defendant, MobileOne Cellular Network, Inc. by its undersigned attorney who is licensed to practice in Florida and admitted to practice before the United States District Court for the Southern District of Florida, hereby moves this Court for an Order admitting Charles W. Saber *pro hac vice* to the United States District Court for the Southern District of Florida so that he may appear in this case to represent the Defendant. In support of this Motion, the undersigned attorney represents as follows:

1.     Charles W. Saber is a member in good standing of the Bar of the District of Columbia and admitted to practice before the U. S. District Court for the District of Columbia, U. S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the D.C. Circuit, and the U.S. Supreme Court.

IT IS ORDERED that ...

GRANTED.

WILKIE D. FERGUSON, JR.
09/07/00
DATE