

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.,

    Plaintiff,

CASE NO.: 00-6055-CIV

v.

JUDGE FERGUSON

MOBILEONE CELLULAR NETWORK, INC.,

    Defendant.
_____/

MOBILEONE CELLULAR NETWORK, INC.,

    Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

    Counter-Defendant.
_____/

### ORDER ON MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT REBUTTAL WITNESSES AND FOR CLARIFICATION OF PRE-TRIAL ORDER

This matter having come before the Court on Plaintiff's, BELLSOUTH MOBILITY, INC.'S ("BELLSOUTH"), motion for extension of time to disclose expert rebuttal witnesses and for clarification of pre-trial order and being otherwise fully advised,

IT IS ORDERED AND ADJUDGED that the motion be and is hereby GRANTED, BELLSOUTH shall have until thirty (30) days following the counter-plaintiff's disclosure of expert witnesses to disclose its expert rebuttal witnesses.

_____
JUDGE FERGUSON

9/11/00
(new for 6/28/00)

cc:    Counsel of Record