SEP 1 1 2000

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.,

      Plaintiff,                              CASE NO.: 00-6055-CIV

v.                                        JUDGE FERGUSON

MOBILEONE CELLULAR NETWORK, INC.,

      Defendant.

_____/

MOBILEONE CELLULAR NETWORK, INC.,

      Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

      Counter-Defendant.

_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

This matter having come before the Court on Plaintiff's, BELLSOUTH MOBILITY, INC.'S ("BELLSOUTH"), motion for extension of time to respond to Defendant's, MOBILEONE CELLULAR NETWORK, INC.'S ("MOBILEONE"), initial discovery and being otherwise fully advised,

IT IS ORDERED AND ADJUDGED that the motion be and is hereby GRANTED, BELLSOUTH shall have an additional 20 days to respond to MOBILEONE's initial discovery.

_____
JUDGE FERGUSON

cc:    Counsel of Record