OCT 3 2000

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

| | |
|---|---|
| BELLSOUTH MOBILITY, INC., | CASE NO. 00-6055-Civ- |
| Plaintiff, | Judge Ferguson |
| v. | |
| MOBILEONE CELLULAR NETWORK, INC., | |
| Defendant. | |

IT IS ORDERED that this Motion is hereby GRANTED.
(NOW FOR 10/18/00)
WILKIE D. FERGUSON, JR.
10/3/00
DATE

## SECOND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER

MobileOne Cellular Network, Inc. ("MobileOne") hereby requests pursuant to Federal Rule of Civil Procedure 6(b) a further extension of time within which to file its Answer to the Bellsouth Mobility, Inc.'s ("BellSouth"), Complaint and states as follows:

1. BellSouth commenced this action against MobileOne in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, by serving MobileOne with the Complaint and Summons on December 13, 1999.

2. MobileOne filed a Notice of Removal on January 12, 2000 removing the case from the Florida state court to this Court.

3. Pursuant to Federal Rule of Civil Procedure 81(c), MobileOne has five (5) days after filing the Notice of Removal within which to file an Answer to the Complaint. Thus, the deadline for MobileOne to file its Answer fell on January 18, 2000.

4. Counsel for MobileOne anticipated the need for additional time some time ago and, accordingly, requested from BellSouth's counsel an extension until February 3, 2000, in which to file an Answer.