IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 00-6055-CIV
Judge Ferguson

BELLSOUTH MOBILITY, INC.,

    Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.,

    Defendant.

## REQUEST FOR HEARING

MobileOne Cellular Network, Inc. ("MobileOne"), acting pursuant to Local Rule 7.1.B, hereby requests a hearing regarding the Motion to Remand filed by BellSouth Mobility, Inc. ("BellSouth").

BellSouth has sued MobileOne to collect approximately $2 million unpaid charges allegedly due for interstate communication services that BellSouth provided to MobileOne. Contrary to BellSouth's contention, the underlying action is not a simple claim for breach of contract. The claim presents important federal questions of law concerning the construction and application of the Communications Act of 1934, as amended, 47 U.S.C. §151 et seq. In light of the importance of those federal questions, as well as the substantial amount at issue in the case, MobileOne believes it will be helpful to the Court's determination of the removal issue if the parties are granted an opportunity to be heard on the motion.

For the foregoing reasons, MobileOne respectfully requests a hearing on BellSouth's Motion to Remand.

*Handwritten notation: DISMISSED AS MOOT. Wilkie D. Ferguson, Jr. 10/5/00*