OCT 5 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6055-CIV-FERGUSON

BELLSOUTH MOBILITY, INC.,

    Plaintiff(s),

vs.

MOBILEONE CELLULAR NETWORK, INC.,

    Defendant(s).

_____ /

## ORDER ON MOTION TO REMAND

**THIS CAUSE** is before the Court on BellSouth's Motion to Remand and Award of Costs and Attorney's Fees [D.E. 5] which alleged that all counts of its complaint, based on a failure of Mobileone to pay delinquent bills for cellular telephone services it received from BellSouth, were predicated on Florida law. In its opposition pleadings Mobileone argued that the claims were subject to the Communications Act of 1934, a federal law which preempts state law.

By a Supplemental Memorandum Bellsouth withdraws its motion to remand without conceding the preemption argument asserting instead that the court's jurisdiction could be based on diversity under 28 U.S.C. § 1332(a).

This Court finds that it has diversity subject matter jurisdiction without deciding whether the Communication Act of 1934 preempts the field. Accordingly, it is



**ORDERED and ADJUDGED** that the Motion to Remand and Award of Costs and Attorney's Fees is **DENIED**.

**DONE AND ORDERED** in chambers, at Ft. Lauderdale, Florida, this ___5th___ day of October, 2000.

WILKIE D. FERGUSON, JR.
United States District Judge

cc: Hans Ottinot, Esq.
　　 Richard G. Gordon, Esq.
　　 Alan Greenfield