IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

BELLSOUTH MOBILITY, INC., ) CASE NO. 00-6055
)
Plaintiff, ) Judge _____ It is ORDERED that the
) DISMISSED AS MOOT
v. )
)
MOBILEONE CELLULAR NETWORK, INC., )
)
Defendant. )
9/30/00

### REQUEST FOR EXTENSION OF TIME TO FILE ANSWER

The Defendant, MobileOne Cellular Network, Inc. ("MobileOne") hereby requests pursuant to Federal Rule of Civil Procedure 6(b) an extension of time within which to file its Answer to the Plaintiff's, Bellsouth Mobility, Inc.'s ("BMI"), Complaint and states as follows:

1. BMI commenced this action against MobileOne in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, by serving MobileOne with the Complaint and Summons on December 13, 1999.

2. MobileOne filed a Notice of Removal on January 12, 2000 removing the case from the Florida state court to this Court.

3. Pursuant to Federal Rule of Civil Procedure 81(c), MobileOne has five (5) days after filing the Notice of Removal within which to file an Answer to the Complaint. The deadline for MobileOne to file its Answer thus falls on January 18, 2000.

4. Counsel for MobileOne is still reviewing the facts relating to BMI's claims, and is not able to file the Answer by January 18, 2000. Counsel for MobileOne