SEP 3 0 2000

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BELLSOUTH MOBILITY, INC. ) | CASE NO. 00-6055AC-FTL |
| ) | 00-6055-CIV-WDF |
| Plaintiff, ) | Judge Ferguson |
| ) | |
| v. ) | |
| ) | |
| MOBILEONE CELLULAR NETWORK, INC. ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF LEWIS J. PAPER, LEON B. KELLNER, EDWARD E. SHARKEY, AND JACOB S. FARBER

Pursuant to Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida, Defendant, MobileOne Cellular Network, Inc. by its undersigned attorney who is licensed to practice in Florida and admitted to practice before the United States District Court for the Southern District of Florida, hereby moves this Court for an Order admitting Lewis J. Paper, Leon B. Kellner, Edward E. Sharkey, and Jacob S. Farber *pro hac vice* to the United States District Court for the Southern District of Florida so that they may appear in this case to represent the Defendant. In support of this Motion, the undersigned attorney represents as follows:

1. Lewis J. Paper and Jacob S. Farber are members in good standing of the Bar of the District of Columbia. Leon B. Kellner is a member in good standing of the Bars of the District of Columbia and the State of Florida. Edward E. Sharkey is a member in good standing of the Bar of the State of Maryland.

2. Mr. Paper and Mr. Kellner are partners, and Mr. Sharkey and Mr. Farber are associates in the law firm of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street, N.W., Washington, D.C. 20037-1526, telephone (202) 785-9700.

GRANTED (NUNC FOR
 9/24/00)

WILKIE D. FERGUSON, JR.
9/30/00

1096788 v1; NS@C01!.DOC