**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.

    Plaintiff.

CASE NO.: 00-6055-CIV

v.

JUDGE FERGUSON

MOBILEONE CELLULAR NETWORK, INC.

    Defendant.

---

MOBILEONE CELLULAR NETWORK, INC.,

    Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

    Counter-Defendant.

---

## NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant BELLSOUTH MOBILITY and the Defendant/Counter-Plaintiff MOBILEONE CELLULAR NETWORK, INC., file their Notice of Settlement of their respective claims, each against the other.

DATED this ___18th___ day of October, 2000.

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A. Attorneys for
BELLSOUTH MOBILITY, INC.
Broward Financial Centre, Suite 100
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 527-2800
Fax: (594) 524-9481

By: _____
RICHARD G. GORDON
Florida Bar No. 030366
BRUCE A. WEIHE
Florida Bar No. 139797

DICKSTEIN SHAPIRO MORIN &
OSHINSKY L.L.P.
2101 L Street, N.W.
Washington, D.C. 20037
Telephone: (202) 955-6686

By: _____
Edward E. Sharkey, Esq.