**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.

    Plaintiff.

CASE NO.: 00-6055-CIV

v.

JUDGE FERGUSON

MOBILEONE CELLULAR NETWORK, INC.

    Defendant.

---

MOBILEONE CELLULAR NETWORK, INC.,

    Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

    Counter-Defendant.

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

BELLSOUTH MOBILITY, INC., the Plaintiff and Counter-Defendant in this cause, and MOBILEONE CELLULAR, INC., the Defendant and Counter-Plaintiff in this cause, both individually and through counsel, file this Joint Stipulation for entry of an Order of Dismissal with Prejudice, and advise the Court as follows:

1. The parties have agreed to amicably resolve their differences, and have agreed to request that the Court enter its Order of Dismissal with Prejudice as to all claims of the parties. A copy of a proposed Order of Dismissal with Prejudice acceptable to the parties and their counsel is attached to this Joint Stipulation.



2. The parties have agreed to exchange mutual releases, which exchange shall take place upon the entry of the proposed Order of Dismissal with Prejudice.

3. Each of the parties shall be responsible for its own attorneys' fees and costs incurred in this action.

WHEREFORE, BELLSOUTH MOBILITY, INC. and MOBILEONE CELLULAR NETWORK, INC. request that this Court accept the Joint Stipulation of the parties, and enter an Order of Dismissal with Prejudice consistent with the terms of the proposed Order attached to this Joint Stipulation.

BELLSOUTH MOBILITY, INC.

By: _____
    Kerwin L. Gray, Esquire

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A. Attorneys for
BELLSOUTH MOBILITY, INC.
Broward Financial Centre, Suite 100
500 East Broward Boulevard
Fort Lauderdale, FL  33394
Telephone: (954) 527-2800
Fax: (594) 524-9481

By: _____
    RICHARD G. GORDON
    Florida Bar No. 030366
    BRUCE A. WEIHE
    Florida Bar No. 139797

MOBILE CELLULAR NETWORK, INC.

By: _____
    Roger Miller, President

DICKSTEIN SHAPIRO MORIN &
OSHINSKY L.L.P.
2101 L Street, N.W.
Washington, D.C.  20037

By: _____
    Edward E. Sharkey, Esq.

2

2.  The parties have agreed to exchange mutual releases, which exchange shall take place upon the entry of the proposed Order of Dismissal with Prejudice.

3.  Each of the parties shall be responsible for its own attorneys' fees and costs incurred in this action.

WHEREFORE, BELLSOUTH MOBILITY, INC. and MOBILEONE CELLULAR NETWORK, INC. request that this Court accept the Joint Stipulation of the parties, and enter an Order of Dismissal with Prejudice consistent with the terms of the proposed Order attached to this Joint Stipulation.

BELLSOUTH MOBILITY, INC.

By: _____
    Kerwin L. Gray, Esquire

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A. Attorneys for
BELLSOUTH MOBILITY, INC.
Broward Financial Centre, Suite 100
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 527-2800
Fax: (594) 524-9481

By: _____
    RICHARD G. GORDON
    Florida Bar No. 030366
    BRUCE A. WEIHE
    Florida Bar No. 139797

MOBILE CELLULAR NETWORK, INC.

By: _____
    Roger Miller, President

DICKSTEIN SHAPIRO MORIN &
OSHINSKY L.L.P.
2101 L Street, N.W.
Washington, D.C. 20037

By: _____
    Edward E. Sharkey, Esq.

2