
FILED by *dd* D.C.
OCT 2 [?] 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CLOSED CIVIL CASE**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division

BELLSOUTH MOBILITY, INC.

    Plaintiff,

v.

MOBILEONE CELLULAR NETWORK, INC.

    Defendant.

CASE NO.: 00-6055-CIV

JUDGE FERGUSON

___

MOBILEONE CELLULAR NETWORK, INC.,

    Counter-Plaintiff,

v.

BELLSOUTH MOBILITY, INC.,

    Counter-Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came to be considered by the Court upon the filing of a Joint Stipulation for Dismissal with Prejudice filed on behalf of the parties individually and through counsel, and the Court, having considered the Joint Stipulation and the provisions of Fed.R.Civ.P. 41(a)(1)(ii), accepts the Joint Stipulation for Dismissal with Prejudice and it is therefore

ORDERED AND ADJUDGED that the Complaint asserted by BELLSOUTH MOBILITY, INC. against the Defendant, MOBILE CELLULAR NETWORK INC. be and is hereby dismissed with prejudice; and it is further

ORDERED AND ADJUDGED that the Counterclaim filed by MOBILEONE CELLULAR NETWORK, INC. against the Counter-Defendant BELLSOUTH MOBILITY, INC., be and is hereby dismissed with prejudice.

Each party shall be responsible for the payment of its own costs and fees incurred in the prosecution and the defense of these matters.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 23RD day of October, 2000.

WILKIE D. FERGUSON, JR.
United States District Judge

cc: counsel of record